IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DANIEL DUFFY                                                                                           PLAINTIFF

v.                                                                    CIVIL ACTION NO. 1:25-CV-60-SA-DAS

BABYDUCK'S DIAMONDHEAD LLC
D/B/A THE CAMPHOUSE-
DIAMONDHEAD, MS                                                                                    DEFENDANT

ORDER TO SHOW CAUSE

This cause comes before the Court on its own initiative. The Plaintiff, Daniel Duffy, is represented by Jane Watson, Nick Norris, and Louis Watson.

On September 14, 2025, Plaintiff's counsel submitted a Motion for Leave [16], wherein counsel advised the Court as follows:

> Plaintiff's counsel used AI tools to assist in drafting the memorandum response filed on July 17, 2025. Upon review, counsel identified inaccuracies in certain citations, resulting from unverified AI-generated research.

[16] at p. 1.

The Court granted counsel leave to file an amended response but specifically advised counsel that it was "leav[ing] open the potential for sanctions[.]" [17] at p. 1. The Court now turns to the issue of potential sanctions.

In a separate case involving the same counsel, this Court entered a show cause order and ultimately held a hearing to address counsel's unverified AI usage in a filed memorandum. On December 19, 2025, the Court issued a Sanctions Order and imposed multiple sanctions against all three attorneys. *See Billups v. Louisville Municipal Sch. Dist.*, 2025 WL 3691871 (N.D. Miss. Dec. 19, 2025). One of the imposed sanctions was disqualification of all three attorneys from further representation of the plaintiff in that case.

This case involves similar, potentially sanctionable conduct. The Court is currently of the opinion that all three attorneys should be disqualified from further representation of Daniel Duffy, in light of the fact that the conduct at issue in this case is of the same nature as in *Billups*.

Counsel is hereby notified of the Court's intent to issue that sanction pursuant to Rule 11 of the Federal Rules of Civil Procedure and/or its inherent authority. Counsel shall have 14 days from today's date to show cause, in the form of a filed response, as to why the Court should not impose that sanction.[1]

SO ORDERED this the 21st day of January, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that Jane Watson and Louis Watson have sought to withdraw as counsel of record in this case. However, at this time, the Court is of the opinion that disqualification, as opposed to withdrawal, is more appropriate.

2