## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN

**DANIEL DUFFY**                                                                                       **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO.: 1:25-cv-60-SA-DAS**

**THE CAMP HOUSE LLC**                                                       **DEFENDANT**

## RESPONSE TO SHOW CAUSE ORDER

COME NOW Louis H. Watson, Jr., and Jane A. Watson and respond to the Court's January 21, 2026, Show Cause Order [Doc. 23] as follows:

The undersigned counsel accepts the Court's intended sanction to disqualify the undersigned counsel rather than allowing undersigned counsel's previously requested withdrawal from this cause of action.

THIS, the 4th day of February, 2026.

                                                                      Respectfully submitted,

                                                                      /s/ Jane A. Watson
                                                                      JANE A. WATSON (MB# 106877)

                                                                      /s/ Louis H. Watson Jr.
                                                                      LOUIS H. WATSON, JR. (MB# 9053)

OF COUNSEL:

THE WATSON LAW FIRM, PLLC
1501 JACKSON AVE W STE 113 PMB 101
OXFORD, MS 38655-2566
Telephone: (601) 968-0000
Fax: (601) 968-0010
louis@thewatsonlawfirm.com
jane@thewatsonlawfirm.com

## **CERTIFICATE OF SERVICE**

I, Louis H. Watson, Jr., attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record:

SO CERTIFIED, this the 4th day of February, 2026.

/s/ Louis H. Watson, Jr.
LOUIS H. WATSON, JR.