IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DANIEL DUFFY**                                                                             **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.: 1:25-cv-60-SA-DAS**

**BABYDUCK'S DIAMONDHEAD, LLC**                                 **DEFENDANT**

### RESPONSE TO SHOW CAUSE ORDER

COMES NOW, Nick Norris and responds to the Court's Show Cause Order as follows:

1. Plaintiff's counsel, Nick Norris, has informed the Plaintiff of the Court's Show Cause Order.

2. After discussion with the Plaintiff, it was agreed that Mr. Norris would not object to the Court's intent to disqualify him.

3. Mr. Norris has offered to assist Plaintiff with finding other counsel and has already contacted one counsel with Plaintiff's permission.

THIS the 4th day of February, 2026.

                                                         Respectfully submitted,

                                                         /s Nick Norris
                                                         NICK NORRIS (MB# 101574)
                                                         Attorney for Plaintiff

OF COUNSEL:

NICK NORRIS, P.A.
272 Calhoun Station Parkway
Suite C #13
Gluckstadt, MS 39110
(601) 641-4897
nick@nicknorris.law